AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Luis Camacho

APPEARANCE

CASE NUMBER: 07-mj-00114

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Luis Camacho

I certify that I am admitted to practice in this court.

11/20/07
*Date*

[signature]
*Signature*

Todd Dion 6852
*Print Name* *Bar Number*

1525 Old Louisquissett Pike
Bldg A Ste 101
*Address*

Lincoln RI 02865
*City* *State* *Zip Code*

401-837-4229 401-721-2299
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.